IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| KELVIN WILLIAMS, | * |
| | * |
| Plaintiff, | * |
| vs. | *   No. 4:13CV00022 SWW |
| | * |
| POSTAL SERVICE (U.S.), | * |
| | * |
| Defendant. | * |

**Judgment**

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, the Court hereby dismisses plaintiff's complaint. The relief sought is denied.

DATED this 22nd day of November, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE